

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **09/21/2021**

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

September 20, 2021

**VIA ECF**

# MEMO ENDORSED

Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Lin Kwok Keung v. Ajisen Noodle Restaurant, Inc. et al.*
     U.S. District Court, S.D.N.Y., Civil Docket No. 1:21-cv-05758 (PGG)(KHP)

Dear Judge Gardephe:

This firm was just retained to represent Defendant Ajisen Noodle Restaurant, Inc. ("Defendant") in the above-referenced action. We write with the consent of Plaintiff to respectfully request: (1) an extension of time to respond to the Complaint until October 22, 2021; and (2) an adjournment of the October 13 Initial Conference to a date following the proposed response deadline.

The additional time will allow the Defendant to investigate the allegations in the Complaint and prepare appropriate responses.  Further, the parties have already begun discussing the concept of an early resolution. The additional time will also allow the parties to discuss the claims in greater detail as well as a potential resolution. It is the hope of the parties that the additional time will help prevent the unnecessary waste of judicial resources and the expenditure of attorneys' fees and costs. This is Defendant's first request for an extension of time.

Thank you for your consideration of our request.

Respectfully submitted,

 */s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: All Counsel of Record (via ECF)

**APPLICATION GRANTED:**  **Defendant's deadline to respond to the complaint is hereby extended to October 22, 2021.**  **The initial Case Management Conference in this matter scheduled for Wednesday, October 13, 2021 at 10:15 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 26, 2021 at 11:30 a.m.**

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**09/21/2021**

4816-6318-1307.1 / 113433-1000